# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Michael Hill
David Wade Corr.  N4B-9 DOC No. 104850
670 Bell Hill Rd.
Homer La 71040

## REHEARING ACTION: April 27, 2016

**Docket Number: 16   00067-KH**

**STATE OF LOUISIANA**
**VERSUS**
**MICHAEL HILL**

**Writ Application from Avoyelles Parish Case No. 72-863**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Michael Hill** is:

> **REHEARING DENIED.** In response to a request for the application for post-conviction relief and ruling thereon, the Avoyelles Parish Clerk's Office stated its record contains "no such filing", and the "Order of Division Transfer" states the cause is transferred and does not identify a pleading.

cc: Hon. Charles A. Riddle, III, Counsel for  the Respondent